CWE/AA
F.# 2022R00238/OCDETF #NY-NYE-938

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

Hefei GSK Trade Co., Ltd.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

CR 23-264 (AMD)

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Chand W. Edwards-Balfour, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated: Brooklyn, New York
June 23, 2023

Taryn A. Merkl
HONORABLE TARYN A. MERKL
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK